```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

David Camp, et al

    v.

                                          Case No. 18-cv-378-SM

Bimbo Bakeries USA, Inc., et al

## JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by District Judge Steven J. McAuliffe dated April 3, 2019; and

2. Stipulation of Dismissal with Prejudice filed on December 2, 2020.

                                                  By the Court:

                                                  _____
                                                  Daniel J. Lynch
                                                  Clerk of Court

Date: December 3, 2020

cc:   All Counsel of Record